No. 87–1307.   PORTO v. ARMCO, INC., ET AL.   C. A. 8th Cir. Certiorari denied.

No. 87–1330.   POTTER ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–5752.   E. R. E. v. DISTRICT OF COLUMBIA.   Ct. App. D. C.   Certiorari denied.

No. 87–5806.   CALBAS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–5979.   ABRAHAM v. DEFELICE.   C. A. 2d Cir.   Certiorari denied.

No. 87–6022.   FORET ET AL. v. TOWN OF GRAND ISLE ET AL. C. A. 5th Cir.   Certiorari denied.

No. 87–6037.   MARTINEZ-DIAZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–6038.   AVERY v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 87–6054.   BADIA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–6214.   MURPHY v. SISCO ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–6217.   LEGRONE v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 87–6220.   WILLIAMS v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 87–6224.   ROGERS v. CARVER, SUPERINTENDENT, MASSA-CHUSETTS CORRECTIONAL INSTITUTION.   C. A. 1st Cir.   Certiorari denied.

No. 87–6228.   MANTER v. TOWN OF FAYETTE, MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 87–6230.   BURRELL v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 87–6240.   THOMAS v. NEWSOME ET AL.   C. A. 11th Cir. Certiorari denied.